# Order

Michigan Supreme Court
Lansing, Michigan

September 10, 2007

Clifford W. Taylor,
Chief Justice

133818

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

STEPHEN E. McALPINE and RONALD
KEITH WHEELER,
      Plaintiffs-Appellants,

v

SC: 133818
COA: 266428
Oakland CC: 2005-064357-NM

DAVID EINSTANDIG and THAV, GROSS,
STEINWAY & BENNETT, P.C.,
      Defendants-Appellees.

_____/

      On order of the Court, the application for leave to appeal the March 22, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 10, 2007

_____
Clerk

t0830